```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 01944
   DENISE THOMPSON
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-4024


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 01/29/2008 and was not confirmed.

    The case was dismissed without confirmation 08/12/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                           PAID         PAID
------------------------------------------------------------------------------
HSBC                       UNSEC W/INTER NOT FILED            .00           .00
LOYOLA UNIVERSITY PHYSIC   UNSEC W/INTER NOT FILED            .00           .00
LOYOLA MEDICAL PRACTICE    UNSEC W/INTER NOT FILED            .00           .00
NICOR GAS                  UNSEC W/INTER      552.49          .00           .00
WORLD FINANCIAL NETWORK    UNSEC W/INTER      172.37          .00           .00
WFNNB/NEWPORT NEWS         UNSEC W/INTER NOT FILED            .00           .00
WORLD FINANCIAL NETWORK    UNSEC W/INTER      208.90          .00           .00
CALVIN DIGGS               NOTICE ONLY   NOT FILED            .00           .00
LITTON LOAN SERVICING      CURRENT MORTG       .00            .00           .00
LITTON LOAN SERVICING      MORTGAGE ARRE       .00            .00           .00
COMMONWEALTH EDISON        UNSECURED         179.78           .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     1,237.50                       253.00
TOM VAUGHN                 TRUSTEE                                         32.66
DEBTOR REFUND              REFUND                                       1,364.34

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS               DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                1,650.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                     253.00
TRUSTEE COMPENSATION                                32.66
DEBTOR REFUND                                    1,364.34
                       ---------------        ---------------
TOTALS                 1,650.00                  1,650.00




              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 01944 DENISE THOMPSON
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/30/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 01944 DENISE THOMPSON